IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02822-BNB

NEAL ALLEN MORRIS,

    Applicant,

v.

HOYT BRILL,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's Motion for an Exception of Filing Requirement, (Doc. No. 5), filed on January 20, 2009, is DENIED. In the Motion, Applicant asks for waiver of the requirement that he must provide a copy of each original document, including a certificate of service. Contrary to Applicant's assertions, he is not required to provide four copies of his filings. Furthermore, a certificate of service is required under Fed. R. Civ. P. 5(d).

Dated: January 21, 2009

Copies of this Minute Order mailed on January 21, 2009, to the following:

Neal Allen Morris
Prisoner No. 130198
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

                      Secretary/Deputy Clerk