IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02822-BNB

NEAL ALLEN MORRIS,

Applicant,

v.

HOYT BRILL, Warden,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Neal Allen Morris, is a prisoner in the custody of the Colorado Department of Corrections at the Kit Carson Correctional Center in Burlington, Colorado. Mr. Morris has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court must construe the Application liberally because Mr. Morris is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Morris will be ordered to file an Amended Application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Morris go beyond notice pleading. **See Blackledge v. Allison**, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Morris must allege on the Court-approved form both the claims he seeks to raise and the specific facts to support each asserted claim.

The Court has reviewed the Application, filed January 20, 2009, and finds that it is deficient because Mr. Morris fails to assert specific facts in support of the three claims that he sets forth on the Court-approved form. The Court is not responsible for reviewing Sections "A, B, and D" of the December 31, 2008, Petition, over ten pages, single-spaced, to determine what claims and specific facts Mr. Morris intends to raise in the instant action. Therefore, Mr. Morris will be ordered to file an Amended Application in which he identifies on the Court-approved form the specific claims for relief he is asserting and in which he provides specific facts in support of each asserted claim. Applicant also must assert, on the form, if and how he has exhausted his state-court remedies with respect to each of the claims. Accordingly, it is

ORDERED that Mr. Morris file **within thirty days from the date of this Order** an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Morris, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Morris fails within the time allowed to file an Amended Application, as directed above, the action will be dismissed without further notice.

DATED January 22, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02822-BNB

Neal Allen Morris
Reg No. 130198
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on 1/22/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk