IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02822-BNB

NEAL ALLEN MORRIS,

      Applicant,

v.

HOYT BRILL,

      Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2009

GREGORY C. LANGHAM
CLERK

_____

## ORDER DIRECTING APPLICANT TO FILE
## SECOND AMENDED APPLICATION

Applicant, Neal Allen Morris, is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Kit Carson Correctional Facility in

Burlington, Colorado.  On December 19, 2008, Mr. Morris submitted a *pro se* Petition

for a Writ of Habeas Corpus.  The Court entered an order on December 31, 2008,

finding the Petition deficient and instructing Mr. Morris to file his claims on a Court-

approved form used in filing 28 U.S.C. § 2241 actions.  Mr. Morris complied and on

January 20, 2009, filed a § 2241 Court-approved form.

Upon review of the January 20, 2009, pleading, the Court entered an order, on

January 22, 2009, directing Mr. Morris to file an Amended Application and assert

specific facts in support of the three claims that he set forth in the Court-approved form.

Specifically, Mr. Morris was directed to state both his claims and supporting facts on a

§ 2241 Court-approved form rather than referring the Court to the Petition he filed on

December 19, 2008, to find the supporting facts for his claims.

On March 5, 2009, Mr. Morris filed a pleading titled, "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and 2241." The Court will construe the March 5, 2009, pleading liberally because Mr. Morris is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Morris will be ordered to file a Second Amended Application.

The Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(4); *Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 269 (1978); *Ewing v. Rodgers*, 826 F.2d 967, 969-70 (10th Cir. 1987). Pursuant to Fed. R. Civ. P. 8(a), a pleading shall "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought . . . ." The philosophy of Rule 8(a) is reinforced by Rule 8(d)(1) which provides that "[e]ach allegation must be simple, concise, and direct." Taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules.

Mr. Morris's claims fail to comply with Fed. R. Civ. P. 8(a)(2) because they are repetitive and are not short and plain statements showing that Mr. Morris is entitled to relief. Furthermore, Mr. Morris, in part, raises the same claims he asserts in Case No. 09-cv-00103-BNB, a pending 42 U.S.C. § 1983 action in this Court, in which he challenges the constitutionality of the procedures used by the DOC to revoke his parole.

2

In the Second Amended Application Mr. Morris must set forth his claims in short and concise statements.  He may not raise the same claims in this action that he seeks to raise in Case No. 09-cv-00103-BNB.  He also is instructed that 28 U.S.C. § 2241 claims and 28 U.S.C. § 2254 claims are raised in separate actions.  Accordingly, it is

ORDERED that Mr. Morris shall file **within thirty days from the date of this Order** a Second Amended Application on a Court-approved form that complies with Fed. R. Civ. P. 8.  It is

FURTHER ORDERED that the Clerk of the Court shall mail to Mr. Morris, together with a copy of this Order, two copies of the following form to be used in filing the Second Amended Application:  Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that if Mr. Morris fails within the time allowed to file a Second Amended Application as directed, the action will be dismissed without further notice.

DATED April 9, 2009, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02822-BNB

Neal Allen Morris
Prisoner No. 130198
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

     I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form** to the above-named individuals on _4/9/09_

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk